UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DE'WANN WHITE,<br><br>          Plaintiff,<br><br>vs.<br><br>STU SHERMAN, Warden, *et al.*,<br><br>          Defendants. | Case No. 1:14-cv-01971-RRB<br><br>**ORDER RE:  FILING FEE** |

At **Docket 20** Plaintiff De'Wann White filed an Application to Proceed In Forma Pauperis in response to the Court's earlier Order.[1] Review of the Application reveals that it appears to be inaccurate. While it shows total monthly expenses of $2,757, White indicates that the gross *monthly* income of his spouse is $1,235, indicating a monthly household deficit of approximately $1,522. Also, while White indicates owning a home with an estimated fair market value of $230,000, he shows the mortgage payment as the amount of the mortgage instead of the outstanding principal balance. The deficiencies notwithstanding, the Court will provisionally grant White leave to proceed *in forma pauperis.*

On or before **January 8, 2016**, White must either pay the full amount of the outstanding balance of the filing fee *or* file with the Court a declaration under penalty of perjury revealing: (1) White's then current employment status and income from that employment; (2)  if unemployed, the efforts made within the preceding three (3) months

---

[1]  Docket 19.

ORDER RE:  FILING FEE
*White v. Sherman*, 1:14-cv-01971-RRB – 1

to obtain employment; and (3) the current combined *monthly* income and expenses of White and his spouse.

*In the event that White fails to comply with the requirements of the immediately preceding paragraph, the Complaint may be dismissed without further notice to him*.

**IT IS SO ORDERED** this 5th day of November, 2015.

S/ RALPH R. BEISTLINE
UNITED STATES DISTRICT JUDGE